# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>             Plaintiff,<br><br>       v.<br><br>LEGACY MEDICAL SUPPLIES, LLC., MARK ECKHARDT, CAROL ANN KORPI, JOSEPH NELSON, JEREMY REBOULET, and DOES 1-10, whose true names are largely unknown.<br><br>             Defendants. | Case No.: 20-cv-1371 (ECT/KMM)<br><br>**DECLARATION OF NICHOLAS C. GANGESTAD** |

I, Nicholas C. Gangestad, pursuant to 28 U.S.C. § 1746 and upon penalty of perjury, declare as follows:

1. I am a resident of the State of Minnesota; over the age of 18; and competent to make this declaration. The information set forth herein is based on my personal knowledge. I could and would testify as to the matters set forth herein, if called upon to do so.

2. I am Senior Vice President and Chief Financial Officer for 3M Company.

3. I submit this declaration in support of 3M Company's application for a temporary restraining order and preliminary injunction against Defendants Legacy Medical Supplies LLC, Mark Eckardt, Carol Ann Korpi, Joseph Nelson, Jeremy Reboulet and John Does 1-10 in the above-referenced action.

2

4. I understand that Defendants Jeremy Reboulet and Carol Ann Korpi have told at least one third-party that they have a personal relationship with me. I do not know Mr. Reboulet or Ms. Korpi. Nor do I have any relationship, let alone a personal relationship, with them or Defendants Legacy Medical Supplies, LLC, Mark Eckardt, and Joseph Nelson.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 29th day of June, 2020.

*/s/Nicholas C. Gangestad* _____