UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>LEGACY MEDICAL SUPPLIES, LLC, MARK ECKHARDT, CAROL ANN KORPI, JOSEPH NELSON, JEREMY REBOULET, and DOES 1-10, whose true names are largely unknown,<br><br>         Defendants. | Case No. 20-cv-01371<br><br>**NOTICE OF APPEARANCE OF DENNIS B. JOHNSON** |

   Dennis B. Johnson of Chestnut Cambronne PA hereby enters his appearance in the above-captioned proceeding as counsel for Joseph Nelson. All pleadings, notices, correspondence, and other communication in this action should be directed to Mr. Johnson at the address indicated below.

                        CHESTNUT CAMBRONNE PA

Date: July 2, 2020           By /s/ Dennis B. Johnson
                        Dennis B. Johnson, Esq. #124564
                        100 Washington Avenue South Ste 1700
                        Minneapolis, MN  55401
                        612-339-7300
                        djohnson@chestnutcambronne.com
                        **Attorneys for Joseph Nelson**