# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M Company,<br>　　　　　　Plaintiff,<br>vs.<br><br>Legacy Medical Supplies, LLC.,<br>Mark Eckhardt, Carol Ann Korpi,<br>Joseph Nelson, Jeremy Reboulet,<br>And Does 1-10, whose true names are<br>largely unknown,<br><br>　　　　　　Defendants. | Civil Action No. 20-CV-01371<br>(ECT/KMM)<br><br>**NOTICE OF APPEARANCE**<br>**OF COUNSEL** |

To:   The Clerk of Court and all parties of record.

**PLEASE TAKE NOTICE** that Defendant Legacy Medical Supplies, LLC has retained the legal services of William R. Skolnick, and Andrew H. Bardwell of the law firm Skolnick & Joyce, P.A. to represent them and make all necessary appearances in the above-captioned matter. The attorneys listed below are admitted or otherwise authorized to practice in this Court.

　　　　　　　　　　　　　　　　　　　　　　**SKOLNICK & JOYCE, P.A.**

Date: July 14, 2020　　　　　　　　　　By: */s/ William R. Skolnick*
　　　　　　　　　　　　　　　　　　　　　　William R. Skolnick, #137182
　　　　　　　　　　　　　　　　　　　　　　wskolnick@skolnickjoyce.com
　　　　　　　　　　　　　　　　　　　　　　Andrew H. Bardwell, #0390821
　　　　　　　　　　　　　　　　　　　　　　abardwell@skolnickjoyce.com
　　　　　　　　　　　　　　　　　　　　　　333 South Seventh Street, Suite 1150
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　　　　(612) 677-7600 Main
　　　　　　　　　　　　　　　　　　　　　　(612) 677-7601 Facsimile

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　　　**LEGACY MEDICAL SUPPLIES, LLC**