# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| 3M Company,<br><br>    Plaintiff,<br><br>v.<br><br>Legacy Medical Supplies, LLC, et al.,<br><br>    Defendants. | **COURT MINUTES**<br>BEFORE: Eric C. Tostrud<br>U.S. District Judge<br><br>Case No: 20-cv-01371 ECT/KMM<br>Date: July 14, 2020<br>Court Reporter: Tim Willette<br>Courthouse: St. Paul<br>Courtroom: Video Conference<br>Time Commenced: 1:04 a.m.<br>Time Concluded: 1:45 p.m.<br>Time in Court: 41 Minutes |

## APPEARANCES BY VIDEO CONFERENCE:

Plaintiff:    John Duffey, Thomas Pack and William Petelovitch, Mason LLP

Defendants:  William Skolnick, Skolnick & Joyce P.A.
               David Millstein, Millstein & Associates

## HEARING ON:

MOTION for Temporary Restraining and MOTION for Preliminary filed by 3M Company. [ECF No. 11]

## PROCEEDINGS:

The motions were moved, argued and taken under advisement.

s/ R. Morton_____
Courtroom Deputy
