# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>LEGACY MEDICAL SUPPLIES, LLC., MARK ECKHARDT, CAROL ANN KORPI, JOSEPH NELSON, JEREMY REBOULET, and DOES 1-10, whose true names are largely unknown.<br><br>        Defendants. | Case No.: 20-cv-1371 (ECT/KMM)<br><br>**STIPULATION** |

It is hereby stipulated and agreed by and between Plaintiff 3M Company and Defendants Legacy Medical Supplies, LLC and Jeremy Reboulet, through their respective counsel, that the Court may enter an Order in the form of Exhibit A attached hereto.

Dated: July 27, 2020

                              **MASLON LLP**

                              By: */s/ William Z. Pentelovitch*
                                  William Z. Pentelovitch (#85078)
                                  John T. Duffey (#0392157)
                                  Thomas R. Pack (#0398897)
                              3300 Wells Fargo Center
                              90 South Seventh Street
                              Minneapolis, MN  55402-4140
                              (612) 672-8200
                              Email:   bill.pentelovitch@maslon.com
                                              john.duffey@maslon.com
                                              thomas.pack@maslon.com

                              **ATTORNEYS FOR PLAINTIFF**
                              **3M COMPANY**

Dated: July 27, 2020						**SKOLNICK & JOYCE, P.A.**


By: */s/ Andrew H. Bardwell*
    William R. Skolnick (#137182)
    Andrew H. Bardwell (#0390821)
333 South Seventh Street
Suite 1150
Minneapolis, MN  55402
(612) 677-7600
Email:	wskolnick@skolnickjoyce.com
		abardwell@skolnickjoyce.com

**ATTORNEYS FOR DEFENDANTS
LEGACY MEDICAL SUPPLIES, LLC AND
JEREMY REBOULET**

EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>LEGACY MEDICAL SUPPLIES, LLC., MARK ECKHARDT, CAROL ANN KORPI, JOSEPH NELSON, JEREMY REBOULET, and DOES 1-10, whose true names are largely unknown.<br><br>        Defendants. | Case No.: 20-cv-1371 (ECT/KMM)<br><br>**[PROPOSED] ORDER** |

Based upon the stipulation between Plaintiff 3M Company and Defendants Legacy Medical Supplies, LLC and Jeremy Reboulet,

**IT IS HEREBY ORDERED:**

1. That the temporary restraining order entered by the Court on July 14, 2020, shall be, and hereby is, extended to 11:59 p.m. on Thursday, August 27, 2020; and

2. That the time for Defendants Legacy Medical Supplies, LLC and Jeremy Reboulet to answer, move, or otherwise plead to the Complaint in the above-entitled action is extended to Thursday, August 27, 2020.

3. That the parties shall report to the Court via email on or before 11:59 p.m. on Wednesday, August 5, 2020 as to (a) the status of settlement negotiations, (b) whether a hearing on a preliminary injunction will be required, and (c) if a hearing on a

preliminary injunction will be required, a proposed schedule for limited expedited discovery.

Dated:_____     **BY THE COURT:**

_____
Eric C. Tostrud
Judge of United States District Court