UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| 3M Company, | File No. 20-cv-1371 (ECT/KMM) |
| Plaintiff, | |
| v. | |
| Legacy Medical Supplies, LLC, Mark Eckhardt, Jeremy Reboulet, and Does 1–10, *whose true names are largely unknown*, | **ORDER** |
| Defendants. | |

---

Pursuant to the Stipulation [ECF No. 42] entered into by Plaintiff 3M Company and Defendants Legacy Medical Supplies, LLC, and Jeremy Reboulet, and based on all the files, records, and proceedings in the above-captioned matter,

**IT IS ORDERED** that:

1. The temporary restraining order entered by the Court on July 14, 2020, [ECF No. 38] shall be, and hereby is, extended to 11:59 p.m. on Thursday, August 27, 2020;

2. The time for Defendants Legacy Medical Supplies, LLC, and Jeremy Reboulet to answer, move, or otherwise plead to the Complaint in the above-entitled action is extended to Thursday, August 27, 2020; and

3. The Parties shall report to the Court via email on or before 11:59 p.m. on Wednesday, August 5, 2020, as to (a) whether they have reached a settlement; (b) whether a hearing on a motion for a preliminary injunction will be required; (c) whether any party

wishes to pursue expedited discovery and, if so, the nature of that discovery; and (d) if that request is granted, a proposed schedule for limited expedited discovery.

Dated: July 28, 2020              s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court