

William R. Skolnick
Amy D. Joyce*
Andrew H. Bardwell
Samuel M. Johnson
Andrea J. Skolnick
*ALSO LICENSED IN ILLINOIS

Attorneys at Law

September 2, 2020

**VIA CM/ECF ONLY**

Magistrate Judge Katherine Menendez
U.S. District Court
300 South Fourth Street
Minneapolis, MN 55415
menendez_chambers@mnd.uscourts.gov

  Re: <u>3M Company v. Legacy Medical Supplies, LLC, et al.</u>
    **Court File No. 20-CV-01371 (ECT/KMM)**

Dear Judge Menendez:

  Skolnick & Joyce, P.A. submits this letter at the Court's request to provide the most recent contact information we possess for Defendants Jeremy Reboulet and Legacy Medical Supplies, LLC.

  Mailing Address: **306 Trotters Court, Knightstown, IN 46148**

  Email Address: **jeremyreboulet@gmail.com**

  Telephone: **(763) 301-2688**

            Yours truly,

            **SKOLNICK & JOYCE, P.A.**

            */s/ Andrew H. Bardwell*

            Andrew H. Bardwell

AHB:mac