## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>LEGACY MEDICAL SUPPLIES, LLC., MARK ECKHARDT, CAROL ANN KORPI, JOSEPH NELSON, JEREMY REBOULET, and DOES 1-10, whose true names are largely unknown.<br><br>      Defendants. | Case No.: 20-cv-1371 (ECT/KMM)<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff 3M Company hereby dismisses its claims without prejudice against the Defendant Mark Eckardt, the last remaining named-defendant in the above-captioned action.  Because Mr. Eckardt has not served an answer or motion for summary judgment in this matter, this dismissal is effective without further order by the Court.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                **MASLON LLP**

Dated:  February 3, 2021          By: */s/John T. Duffey*
                                                 William Z. Pentelovitch (#85078)
                                                 John T. Duffey (#0392157)
                                                 Thomas R. Pack (#0398897)
                                            3300 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, MN  55402-4140
                                            Telephone:  (612) 672-8200
                                            Email:   bill.pentelovitch@maslon.com
                                                          john.duffey@maslon.com
                                                          thomas.pack@maslon.com

                                              **ATTORNEYS FOR PLAINTIFF 3M COMPANY**